IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:   CHAPTER 13 NO.: 08-12035
SHEKITA JONES

MISSISSIPPI DEPARTMENT OF
HUMAN SERVICES                                PLAINTIFF

v.                                            ADVERSARIAL NO: 09-01034

SHEKITA JONES                                 DEFENDANT

## AGREED ORDER ON OBJECTION
## TO DISCHARGE OF DEBT

THIS DAY, this matter came to be heard upon by Plaintiff, Mississippi Department of Human Services' filing an adversarial Complaint objecting to the discharge of a particular debt of Defendant, and the Parties having considered said Objection agree as follows:

That Defendant, Shekita Jones, knowingly failed to divulge to Plaintiff a portion of earned income from January, 2006 to February, 2007, which resulted in an over issuance of food stamp benefits to Defendant in the amount of four thousand nine hundred seven dollars and zero cents ($4907.00). That the current debt Defendant owes Plaintiff is four thousand seven hundred fifty nine dollars and zero cents ($4759.00) due to said over-issuance.

That Defendant shall repay said debt throughout the life of her bankruptcy plan as provided for by law;

That Defendant's debt to Plaintiff in the amount of four thousand seven hundred fifty nine dollars and zero cents ($4759.00) will not be subject to discharge in the present bankruptcy proceeding; and

That the balance of said debt still due and owing at the end of the bankruptcy plan will be

repaid to Plaintiff in full.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the Plaintiff's objection to discharge of Defendant's debt in the amount of four thousand seven hundred fifty nine dollars and zero cents ($4759.00) will survive bankruptcy and shall be repaid to Plaintiff in its entirety.

SO ORDERED, ADJUDGED and DECREED this the 23rd day of June, 2009.

*David W. Houston, III*
David W. Houston, III
Chief Judge, U.S. Bankruptcy Court

Agreed as to Content and Form:

*Sara H. Roberts*
Sara H. Roberts
Attorney for Plaintiff

*Karen B. Schneller*
Karen B. Schneller
Attorney for Defendant